UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES C. MCWHORTER | ) | |
| | ) | |
| v. | ) | NO.  3:17-cv-00637 |
| | ) | |
| | ) | JUDGE TRAUGER |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney S. Carran Daughtrey for Assistant United States Attorney Jimmie Lynn Ramsaur.  In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to Assistant United States Attorney S. Carran Daughtrey.

    Respectfully submitted,

    JACK SMITH
    Acting United States Attorney


    **s/S. Carran Daughtrey**
    S. CARRAN DAUGHTREY
    Assistant United States Attorney
    110 Ninth Avenue South, Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion to Substitute Counsel was sent on May 8, 2017, deposited in the United States Mail to the following:

James C. McWhorter
#18549-075
THREE RIVERS
FEDERAL CORRECTION INSTITUTION
Inmate Mail/Parcels
P. O. Box 4200
Three Rivers, TX 78071
PRO SE

                                                    **s/S. Carran Daughtrey**
                                                    S. CARRAN DAUGHTREY
                                                    Assistant United States Attorney

2

Case 3:17-cv-00637   Document 8   Filed 05/08/17   Page 2 of 2 PageID #: 41